UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAVIER RODRIGUEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 13-7425 |

ORDER

JOEL H. SLOMSKY, J.

AND NOW, this 7th day of August, 2014, upon consideration of the Plaintiff's Request for Review and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is GRANTED IN PART and DENIED IN PART; and

3. The matter shall be remanded for the calculation of benefits within a closed period between March, 2011, and March, 2012.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY., J.